AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| FILED | |
| Jul 19 2021 | |
| SUSAN Y. SOONG | |
| CLERK, U.S. DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| OAKLAND | |

United States of America  )
v.                        )   Case No. 4:21-mj-71171-MAG-1
Sonya Contrease Fulcher-Massey )
                          )   Charging District: Southern District of Mississippi
       *Defendant*        )   Charging District's Case No. 1:21cr54 LG-JCG

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | 2012 15th Street, Ste. 403 Gulfport, Mississippi | Courtroom No.: Judge John Gargiulo |
|---|---|---|
| | | Date and Time: 8/5/2021 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 07/19/2021

*Judge's signature*

U.S. Magistrate Judge Susan van Keulen
*Printed name and title*